IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEY M. SEIDELMAN, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-cv-775-DWD |
| ) | |
| ROB JEFFREYS, ) | |
| KATHRYN BUNDY, ) | |
| CHRISTOPHER BAILEY, ) | |
| CHRISTOPHER SCOTT THOMPSON, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On March 21, 2022, the Court directed Plaintiff Joey Seidelman, III, to file an amended complaint by April 20, 2022. (Doc. 12). To date, the Court has not received an amended complaint or any other correspondence from Plaintiff. The Court clearly warned Plaintiff that if he failed to file an amended complaint, his case would be dismissed with prejudice for failure to state a claim or to comply with a court order. Accordingly, the Court will dismiss this matter with prejudice for failure to state a claim and failure to prosecute. *See* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action with prejudice for failure to prosecute if a party does not provide a timely response to a court order).

**IT IS SO ORDERED.**

Dated: May 6, 2022

DAVID W. DUGAN
United States District Judge